**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

MABEL ANNETTE HUGHES MCDONAL, ET AL                              PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:02-cv-78WS

ABBOTT LABORATORIES, ET AL.                                       DEFENDANTS

<u>**ORDER**</u>

This case is before the court pursuant to the stipulation of dismissal entered by the parties. The stipulation is well taken and the above cause is hereby fully and finally dismissed.

**SO ORDERED**, **this the 31st day of August, 2006.**

s/ HENRY T. WINGATE
_____
**CHIEF UNITED STATES DISTRICT COURT JUDGE**